**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ERICA SHANEE MIX,**

    **Petitioner,**

    **v.**

**WARDEN, OHIO
REFORMATORY FOR WOMEN,**

    **Respondent.**

        **CASE NO. 2:21-CV-126
        JUDGE JAMES L. GRAHAM
        Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

On March 16, 2021, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 7) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

Date: April 9, 2021

                     _____s/James L. Graham_____
                     **JAMES L. GRAHAM
                     United States District Judge**